THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Charlie Edward McClinton, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-038
Submitted January 2, 2007  Filed January 19, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, South Carolina Commission on Indigent Defense, and Charlie Edward McClinton, both of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charlie Edward McClinton appeals his guilty plea to reduced charges of second degree attempted burglary, unlawful carrying of a pistol, and harassment.  He was sentenced to five years in prison, suspended on service of two years probation for the burglary charge; one year in prison, suspended on service of two years probation for the weapon charge; and thirty days, suspended on service of two years probation for the harassment charge.  His counsel maintains the plea failed to comply with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record, counsels brief, and McClintons pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McClintons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF and BEATTY, JJ. concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.